Starr & Company, LLC
CUSTOMER OPEN INVOICE REPORT
For The Period Ending 12/31/08

| NAME / DATE | TT | REF NO | DUE DATE | DISC DATE | DISC AMOUNT | INV AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|
| FAIRES,J - Mr. Jay Faires | | | | | | 30,000.00 | -24,720.94 |
| 01/09/07 | CR | | | | | 2,555.26 | 2,555.26 |
| 03/01/07 | CI | 00018406 | 03/01 | 03/01 | | 2,702.40 | 2,702.40 |
| 04/01/07 | CI | 00018582 | 04/01 | 04/01 | | 3,132.20 | 3,132.20 |
| 05/01/07 | CI | 00018790 | 05/01 | 05/01 | | 2,607.62 | 2,607.62 |
| 06/01/07 | CI | 00018958 | 06/01 | 06/01 | | 2,554.76 | 2,554.76 |
| 07/01/07 | CI | 00019143 | 07/01 | 07/01 | | 2,541.57 | 2,541.57 |
| 08/01/07 | CI | 00019340 | 08/01 | 08/01 | | 2,509.51 | 2,509.51 |
| 09/01/07 | CI | 00019510 | 09/01 | 09/01 | | 2,545.46 | 2,545.46 |
| 10/01/07 | CI | 00019687 | 10/01 | 10/01 | | 2,500.00 | 2,500.00 |
| 11/01/07 | CI | 00019878 | 11/01 | 11/01 | | 2,500.00 | 2,500.00 |
| 12/01/07 | CI | 00020045 | 12/01 | 12/01 | | 2,534.69 | 2,534.69 |
| 01/01/08 | CI | 00020050 | 01/01 | 01/01 | | 2,500.00 | 2,500.00 |
| 02/01/08 | CI | 00020246 | 02/01 | 02/01 | | 2,530.97 | 2,530.97 |
| 03/01/08 | CI | 00020428 | 03/01 | 03/01 | | 2,661.95 | 2,661.95 |
| 04/01/08 | CI | 00020606 | 04/01 | 04/01 | | 2,571.63 | 2,571.63 |
| 05/01/08 | CI | 00020817 | 05/01 | 05/01 | | 2,623.52 | 2,623.52 |
| 06/01/08 | CI | 00021006 | 06/01 | 06/01 | | | |

Starr & Company, LLC
CUSTOMER OPEN INVOICE REPORT
For The Period Ending 12/31/08

| NAME / DATE | TT | REF NO | DUE DATE | DISC DATE | DISC AMOUNT | INV AMOUNT | OPEN BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/08 | CI | 00021176 | 07/01 | 07/01 | | 2,574.55 | 2,574.55 |
| 08/01/08 | CI | 00021376 | 08/01 | 08/01 | | 2,500.00 | 2,500.00 |
| 09/01/08 | CI | 00021537 | 09/01 | 09/01 | | 2,539.44 | 2,539.44 |
| 10/01/08 | CI | 00021703 | 10/01 | 10/01 | | 2,500.00 | 2,500.00 |
| 11/01/08 | CI | 00021903 | 11/01 | 11/01 | | 2,579.26 | 2,579.26 |
| 12/01/08 | CI | 00022075 | 12/01 | 12/01 | | 2,642.10 | 2,642.10 |
| | | | | | | Total Due: | 32,185.95 |

Starr & Company, LLC
**SALES ANALYSIS BY CUSTOMER REPORT**
**01/01/09 To 03/01/10**

| CUSTOMER | DATE | TT | SLS | REF NO | AMOUNT |
|---|---|---|---|---|---|

FAIRES,J - Mr. Jay Faires

| | | | | | |
|---|---|---|---|---|---|
| | 01/01/09 | CI | 250 | 00021865 | 2,575.13 |
| | 02/01/09 | CI | 250 | 00022050 | 2,516.71 |
| | 03/01/09 | CI | 250 | 00022209 | 2,518.55 |
| | 04/01/09 | CI | 250 | 00022021 | 1,500.00 |
| | 05/01/09 | CI | 250 | 00022364 | 1,500.00 |
| | 06/01/09 | CI | 250 | 00022524 | 1,650.00 |
| | 07/01/09 | CI | 250 | 00022680 | 1,541.12 |
| | 08/01/09 | CI | 250 | 00022859 | 1,513.60 |
| | 09/01/09 | CI | 250 | 00022862 | 1,537.93 |
| | 10/01/09 | CI | 250 | 00023047 | 1,530.91 |
| | 11/01/09 | CI | 250 | 00023214 | 1,779.20 |
| | 12/01/09 | CI | 250 | 00023311 | 1,554.83 |
| | 01/01/10 | CI | 250 | 00023195 | 1,636.87 |
| | 02/01/10 | CI | 250 | 00023352 | 1,516.75 |

Total: 24,871.62

17