UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------

In Re:

**KENNETH IRA STARR,** *et al.***,**

                            Debtors.

-------------------------------------------------------------------

**ROBERT L. GELTZER**, as Trustee of
the Estate of **KENNETH IRA STARR,** *et al.*,

                         Plaintiff,

      -against-

**JAY FAIRES**,

                       Defendant.

-------------------------------------------------------------------

**Case No. 11-10219 (ALG)**

**Chapter 7**

**Jointly Administered
Substantively Consolidated**

**Adv. Pro. No. 14–01800 (ALG)**

BC 14,0182

## **DEFAULT JUDGMENT**

The above-captioned adversary proceeding was commenced by the filing on January 31, 2014, and serving on February 6, 2014, a Summons and Notice of Pretrial Conference and a Complaint (collectively, the "Complaint") upon Jay Faires (the "Defaulting Defendant"); and the Defaulting Defendant having failed to answer or move with respect to the Complaint; and the Defaulting Defendant having failed to appear at the pre-trial conference held in this Court on March 26, 2014; and the Defaulting Defendant's default having been noted on the record of the pre-trial conference held on March 26, 2014; and on June 3, 2014, Robert L. Geltzer, Chapter 7 trustee (the "Trustee") of Kenneth Ira Starr, et al., the above-captioned debtors (the "Debtors"), submitted a Declaration pursuant to Rule 55 of the Federal Rules of Civil Procedure, as made applicable by Rule 7055 of the Federal Rules of Bankruptcy Procedure, and Rule 7055-1 of the Local Rules of the Bankruptcy Court for the Southern District of New York, for the issuance of Certificate of Default against the Defaulting Defendant [ECF 7]; and on August 8, 2014, the Clerk of the Court entered a Certificate of Default against the Defaulting Defendant [ECF 8]; and the amount sought in the Complaint was for the sum certain of $30,564.97; and upon the October 1, 2014 Affidavit of Vinay Agarwal, senior manager at Davis Graber Plotzker & Ward, LLP, the

Court-retained accountants to the Trustee, annexed to the Trustee's Notice of Presentment; and it appearing that due notice having been given, and no objection to the relief sough herein having been interposed; and no further notice being necessary nor required; it is hereby

**ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of the Trustee of the estate of Kenneth Ira Starr, et al. and against the Defaulting Defendant in the sum of $30,564.97; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee has all of the rights and remedies afforded to a judgment creditor by law; and it is further

**ORDERED, ADJUDGED AND DECREED** that the Trustee may enforce this judgment against the Defaulting Defendant, as allowed by applicable law.

Dated: New York, New York
November 7, 2014

<u>s/Allan L. Gropper</u>
HONORABLE ALLAN L. GROPPER
UNITED STATES BANKRUPTCY JUDGE